1304

No. 10–8470. PHILLIPS *v.* ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL.; and

No. 10–8502. PORTALATIN *v.* GRAHAM, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of these petitions.

No. 10–8489. MCPHERSON *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–8640. WASHINGTON *v.* ALLISON, ACTING WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–8890. CRUZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–8996. FLECK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9021. URENA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–136. HOREL, WARDEN *v.* SOLORIO VALDOVINOS, *ante,* p. 1196;

No. 10–505. STEVENS *v.* ESTATE OF MYERS, *ante,* p. 1136;

No. 10–598. KLEINHAMMER *v.* CITY OF PASO ROBLES, CALIFORNIA, ET AL., *ante,* p. 1179;

No. 10–599. ONYEABOR *v.* CENTENNIAL POINTE OWNER'S ASSN. ET AL., *ante,* p. 1138;

No. 10–622. S&M BRANDS, INC., ET AL. *v.* CALDWELL, ATTORNEY GENERAL OF LOUISIANA, *ante,* p. 1270;

No. 10–664. JOYCE *v.* J. C. PENNEY CORP., INC., *ante,* p. 1201;

No. 10–707. ROOS *v.* ROOS, *ante,* p. 1201;

No. 10–6518. HITCHCOCK *v.* JACKSON, WARDEN, *ante,* p. 1033;

No. 10–6903.   GARNETT v. WINONA COUNTY SOCIAL SERVICES ET AL., *ante*, p. 1113;

No. 10–7030.   TORREFRANCA v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1144;

No. 10–7105.   STOEVER v. TECH USA ET AL., *ante*, p. 1145;

No. 10–7262.   ROSE v. COX HEALTH SYSTEMS ET AL., *ante*, p. 1149;

No. 10–7279.   ARMSTRONG v. REDDING PAROLE DEPARTMENT ET AL., *ante*, p. 1149;

No. 10–7293.   JOHNSON v. ALABAMA ET AL., *ante*, p. 1150;

No. 10–7347.   ALLEN v. RELIANCE INSURANCE CO., *ante*, p. 1151;

No. 10–7445.   WATSON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 1184;

No. 10–7471.   LAZARO v. HOLDER, ATTORNEY GENERAL, *ante*, p. 1153;

No. 10–7519.   ROBERSON v. MISSISSIPPI INSURANCE GUARANTY ASSN., *ante*, p. 1185;

No. 10–7639.   MEEKS v. NORTH CAROLINA, *ante*, p. 1188;

No. 10–7673.   DUNN v. PARKER, WARDEN, *ante*, p. 1204;

No. 10–7718.   CONKLIN v. EMC MORTGAGE CORP., *ante*, p. 1204; and

No. 10–7850.   PARKER v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 1228.   Petitions for rehearing denied.

No. 09–1420.   ALLEN v. MISSOURI EX REL. KOSTER, ATTORNEY GENERAL OF MISSOURI, *ante*, p. 833.   Motion for leave to file petition for rehearing denied.